IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAJJI MCREYNOLDS-EL,

    Petitioner,

v.                                       Case No.  21-cv-117-wmc

RON CRAMER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Hajji McReynolds-El's petition for a writ of habeas corpus without prejudice.

| /s/ | 2/25/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |